HENRY Y. ATTRILL, *Respondent, v.* THE ROCKAWAY BEACH IMPROVE-
MENT COMPANY (Limited), *Appellant.* — Order affirmed, without
costs.    Opinion *Per Curiam.*

WILLIAM E. WILLIAMS, *Respondent, v.* FRANK R. SHERWIN, *Appel-
lant.*—Appeal dismissed, with ten dollars costs and disbursements.

THE SOUTHERN INLAND NAVIGATION AND IMPROVEMENT COMPANY,
*Respondent, v.* FRANK R. SHERWIN, *Appellant.* — Order reversed,
without costs and motion granted to increase the security to $1,000.

JOHN W. BIGELOW, *Appellant, v.* LIFE ASSOCIATION OF AMERICA,
*Respondent.* — Judgment reversed and new trial ordered, costs
to abide the event.    Opinion *Per Curiam.*

THOMAS CANAVAN, *Appellant, v.* JOHN McANDREW and others,
*Respondents.* — Judgment affirmed, with costs.    Opinion *Per
Curiam.*

HENRY HILTON, *Respondent, v.* THE BANK OF DANSVILLE, *Appel
lant, Impleaded, etc.*

SAME *v.* SAME. — Judgment affirmed, with costs, on the opinion of
BEACH, J., in the court below.

THOMAS ROCK, *Respondent, v.* NEAL O'DONNELL and HUGH O'DON-
NELL, *Appellants.* — Judgment affirmed.

EDWARD H. DEDERICK, *Respondent, v.* MOREAU MORRIS, *Appel-
lant.* — Judgment affirmed, with costs.    Opinion *Per Curiam.*

GEORGE C. HARRINGTON, *Administrator, etc., of* HARRIET E. CHRISTY,
*Deceased, Respondent, v.* EUGENE M. KETELTAS and HENRY W.
CLARK, *Executors, etc., of* WILLIAM A. KETELTAS, *Deceased,
Appellants.* — Judgment affirmed, with costs.    Opinion by
DAVIS, P. J.

JOHN V. WHITE *v.* FURMAN PEARSALL. — Order resettled.

IN THE MATTER OF JAMES L. BARCLAY TO VACATE AN ASSESS-
MENT. — Order reversed; petition denied, with ten dollars costs
and disbursements.    Opinion by DAVIS, P. J.

LEWIS S. CHASE, *Respondent, v.* JAMES BENNETT, *Appellant.*— Order
reversed, with ten dollars costs and disbursements.    Opinion by
DAVIS, P. J.

DANIEL J. McCARTHY, *Appellant, v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, *Respondents.* — Judg-
ment ordered for the defendant on verdict.    Opinion by DAVIS,
P. J.

MARCUS T. HUN, *as Receiver of* THE PEOPLE'S SAVINGS BANK,
*Respondent, v.* JOHN W. SALTER, *Appellant.* — Judgment
affirmed.    Opinion by DAVIS, P. J.

JOHN COLLINS, *Appellant, v.* SARAH J. COLLINS and others, *Respond-
ents.* — Decree affirmed, with costs.    Opinion by DAVIS, P. J.

AUGUSTUS D. JUILLIARD, *as Receiver, etc., Appellant, v.* ZACHARIAH
CHAFFEE, *as Trustee and Assignee, etc., Respondent.* — Judgment
and order affirmed.    Opinion by DAVIS, P. J.